AO 442 (Rev. 01/09) Arrest Warrant

USSS 9685673

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-20877-CR-UNGARO/OTAZO-REYES |
| ALBERTO ANTONIO RODRIGUEZ, | ) | |
| Defendant | ) | |

FILED by ___ D.C.
APR 29 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALBERTO ANTONIO RODRIGUEZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1) and access with intent to view and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2).

Date: 12/02/14

RECEIVED
DEC 2014
S/FL
WARRANTS

*Issuing officer's signature*

City and state: Miami, Florida

STEVEN M. LARIMORE, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-04-14, and the person was arrested on *(date)* 12-04-14
at *(city and state)* Miami, FL by USSS.

Date: 12-05-14

BY: JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

AMOS ROJAS JR., U.S. MARSHAL, SD/FL
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Alberto Antonio Rodriguez

$100,000 10% with Nebbia
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Jonathan E. Kobrinski

Last Known Address: _____

What Facility: _____

Agent(s): Secret Service - M. Schnaider
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)