UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cr-20877-UU

UNITED STATES OF AMERICA

v.

ALBERTO ANTONIO RODRIGUEZ,

    Defendant.
_____/

**ORDER ON STATUS CONFERENCE AND AMENDING BOND CONDITIONS**

    THIS CAUSE came before the Court on the Sua Sponte Order on Status Conference. D.E. 81.

    The status conference was attended by counsel for the parties, the Defendant, Defendant's mother, who is his legal guardian, and two representatives from the Agency for Persons with Disabilities (the "Agency"), Hilda Fluriach, Esq., Senior Attorney, and Evelyn Alvarez, Regional Operations Manager.

    The parties' counsel and the Agency representatives reported that the Defendant had been assessed for placement in a facility operated by the Agency, as evidenced by Exhibit "A" under seal, and that the Angel Heart Group Home had been identified and agreed upon between the Agency and the Defendant's mother/legal guardian as an appropriate placement.  As represented by the representatives from the Agency, Angel Heart is a small, residential group home that will provide behavior focused residential habilitation, which is a level of service that addresses behavioral excesses that are dangerous and/or have resulted in arrest and confinement by law enforcement personnel.  The Agency representatives further represented that, if placed in the identified group home,  the Defendant would be closely supervised at all times, that a safety plan designed to protect the Defendant and the public would be implemented, and that the Defendant would have no access

to computers or to minors. The Safety Plan as well as the description of "behavior focused residential habilitation" are Exhibit "B" hereto.

The Court also heard from the Defendant's mother/legal guardian who represented that she supported indefinite placement with the Agency.

Based on the foregoing and all other relevant considerations, it is hereby

ORDERED AND ADJUDGED that the Defendant's pretrial release/bond conditions be modified as follows: that the Defendant no longer be subject to Electronic Monitoring and Home Detention, that the ankle bracelet be removed, that the Defendant be under the supervision of the Agency and reside in the group home beginning on September 29, 2016, and that the Defendant comply with such curfew as may be established by the group home. All other conditions are to remain in place.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of September, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via cm/ecf