UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20877-CR-UU

UNITED STATES OF AMERICA,

vs.

ALBERTO ANTONIO RODRIGUEZ,

    Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the Indictment against the above-named defendant.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

cc:    U.S. Attorney
        U.S. Marshal
        Chief Probation Officer
        Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE:  October ___, 2016

HON. URSULA UNGARO
UNITED STATES DISTRICT JUDGE